HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GERARDO ZAMORA-ALVAREZ,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent. .

Case No. C06-5576RBL
CR04-5517RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Defendant/Petitioner Zamora-Alvarez' Motion for Enlargement of Time [Dkt. #s 5, 6].

Having considered the entirety of the records and file herein, it is hereby

**ORDERED** that Defendant/Petitioner's Motion is **GRANTED**. Zamora-Alvarez' reply to the government's response will be due February 28, 2007 and the motion pursuant to 28 U.S.C. § 2255 will be noted on the Court's calendar for March 2, 2007.

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 6th day of November, 2006.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1