AO 450 (Rev. 5/85) (Mod. 10/93) Judgment in a Civil Case

# United States District Court

**WESTERN DISTRICT OF WASHINGTON**

JUDGMENT IN A CIVIL CASE

GERARDO ZAMORA-ALVAREZ,
    Petitioner,
    v.                       CASE NUMBER: C06-5576RBL
UNITED STATES OF AMERICA,                       CR04-5517RBL
    Respondent

[ √ ]  **Decision by Court.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Defendant's 2255 Motion is **DENIED**.  Furthermore, the Court declines to issue a Certificate of Appealability because defendant has failed to make a "substantial showing of the denial of a constitutional right."  28§2253(c)(2).

DATED :    May 15, 2007

                                              BRUCE  RIFKIN
                                     *Clerk*

                                         /s/   Jean Boring
                                 *(By) Deputy Clerk*, Jean Boring